# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| **JERRI DAWN BRADFORD,**<br><br>Plaintiff,<br><br>v.<br><br>**GRACE BIERMAN,**<br><br>Defendant. | §<br>§<br>§<br>§<br>§   Civil Action No. 4:22-cv-138-ALM-KPJ<br>§<br>§<br>§<br>§<br>§ |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 23, 2023, the Magistrate Judge entered a report and recommendation (Dkt. #12) that Plaintiff Jerri Dawn Bradford's claims against Defendant Grace Bierman should be dismissed without prejudice under Rule 41 of the Federal Rules of Civil Procedure for want of prosecution.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims in this action against Defendant are **DISMISSED WITHOUT PREJUDICE**.  All relief not previously granted is hereby **DENIED**, and the Clerk is directed to **CLOSE** this civil action.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to send a copy of this Memorandum Adopting Report and Recommendation of United States Magistrate Judge to

Plaintiff by certified mail return receipt requested and to Plaintiff's email address, DawnofHopeLLC.com.

    **SIGNED this 16th day of March, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE